UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LUIS E. CASTILLA ABREU,
A# 096 832 388,

    Petitioner,

v.                                                              4:17cv223–WS/CAS

JEFF SESSIONS, et al.,

    Respondents.

_____

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 11) docketed July 13, 2017. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed.

Upon review of the record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. Respondent's motion to dismiss (doc. 10) is GRANTED.

3. The petitioner's petition for writ of habeas corpus and this action are hereby DISMISSED as moot.

4. The clerk shall enter judgment stating: "All claims are DISMISSED."

DONE AND ORDERED this    13th    day of    September   , 2017.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE